UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CALVIN LESLIE, | Case No. 3:25-cv-00454-MMD-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CLARK COUNTY SOCIAL SERVICES, *et al.*, | |
| Defendants. | |

Pro se Plaintiff Calvin Leslie is an inmate in the custody of the Nevada Department of Corrections and brings this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is the Report and Recommendation (ECF No. 9 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court dismiss Leslie's complaint (ECF No. 7 ("Complaint")) and close this case. Leslie had until November 28, 2025 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recommends dismissing Leslie's Complaint because the Court previously screened it and, finding that it failed to state any colorable claim of a constitutional violation, dismissed it and granted Plaintiff leave to amend until October 11, 2025. (ECF No. 9 at 1.) The Order was returned as undeliverable, so the Court extended the extension of time to November 5, 2025, and this order was not returned. (*Id.*) To date, Plaintiff has not filed an amended

Complaint nor a response to Judge Denney's R&R, and the time to file an amended complaint has expired. The Court will adopt Judge Denney's R&R in full.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 9) is accepted and adopted in full.

It is further ordered that the complaint (ECF No. 7) is dismissed.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 8th Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE